**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6262

THOMAS M. FAIR, JR., also known as Thomas Marvin Fair, also
known as Thomas Marvin Fair, Jr.,

                Plaintiff - Appellant,

        v.

BRIAN P. STIRLING, Director of the South Carolina Department
of Corrections; MICHAEL MCCALL, Division Director of
Operations at the South Carolina Department of Corrections;
DENNIS BUSH; JAMES SLIGH; PREA COMMITTEE MEMBERS; R. HILTON;
WILLIE DAVIS; THOMAS COMMANDER; STEVEN NOLAN, individually and
in his/her official capacities,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Richard Mark Gergel, District
Judge. (6:14-cv-04882-RMG)

Submitted: July 21, 2015         Decided: July 23, 2015

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas Marvin Fair, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Marvin Fair, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Fair v. Stirling</u>, No. 6:14-cv-04882-RMG (D.S.C. Feb. 4, 2015). We deny Fair's motion for appointment of counsel, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>